**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Gregorio LOPEZ–GAMEZ,
Defendant–Appellant.**

**No. 13–40658
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Michael Lance Herman, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gregorio Lopez–Gamez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Lopez–Gamez has not filed a response.

Because Lopez–Gamez has completed the confinement portion of his sentence, has evinced a desire to appeal only his sentence, and has been removed from the United States, his appeal is now moot. *See United States v. Rosenbaum–Alanis*, 483 F.3d 381, 382–83 (5th Cir.2007). Accordingly, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.